David BLAKEMORE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97055.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 22, 2012.

Andrew E. Zleit, Asst. Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John W. Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J., and ROBERT M. CLAYTON, III, J.

### ORDER

PER CURIAM.

David Blakemore appeals the judgment of the motion court denying his Rule 29.15 motion without an evidentiary hearing. We find that the motion court did not clearly err in denying Blakemore's request

for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).